### H. D. PRAYTER v. THE STATE.

No. 9713. Delivered Nov. 4, 1925.

**Possession of Intoxicating Liquor—No Statement of Facts—No Bill of Exception.**

Where no statement of facts nor bills of exception appear in a record, the cause must be affirmed.

Appeal from the District Court of Upshur County. Tried below before the Hon. J. R. Warren, Judge.

Appeal from a conviction of possession of intoxicating liquor for the purpose of sale, penalty one year in the State penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for the unlawful possession of intoxicating liquor for the purpose of sale, punishment being fixed at confinement in the penitentiary for one year.

The record is before us containing neither bills of exception nor statement of facts. In this condition nothing is presented for review.

The judgment is affirmed.

*Affirmed.*